IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | **Case No. 8:12CR313** |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | |
| ) | **ORDER** |
| **ENRIQUETA BATIZ,** ) | |
| ) | |
| **Defendant.** ) | |

This case is before the court on the defendant Enriqueta Batiz's Motion to Disclose Expert Testimony (#91) and her Motion for Notice of Rule 404(b) Evidence (#92). The government has responded (#99) to the motion to disclose expert testimony by naming the experts they will call and the subject matter of their testimony. The government has responded (#100) to the motion of disclosure of 404(b) evidence by identifying specific evidence it intends to offer.

Both motions will be granted and deemed satisfied by the government's responses.

**IT IS ORDERED:**

1. Defendant Enriqueta Batiz's Motion to Disclose Expert Testimony (#91) is granted and deemed satisfied by the government's response (#99).

2. Defendant Enriqueta Batiz's Motion for Notice of Rule 404(b) Evidence (#92) is granted and deemed satisfied by the government's response (#100).

Dated this 14th day of March 2013.

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge